UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS RIVERA,

                Plaintiff,

-against-

MIKHAIL GUSMAN, et al.,

                Defendants.

No. 23-CV-3700 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Trial in the above-captioned matter shall commence on June 9, 2026, at 10:00 AM in courtroom 12A at 500 Pearl Street, New York, New York.  The parties shall submit a proposed schedule for filing a joint pretrial order, motions in limine, oppositions to motions in limine, joint proposed jury instructions, and proposed voir dire questions no later than April 17, 2026.

**SO ORDERED.**

Dated:     December 2, 2025
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge